52 F.3d 317
 Sheila Truluck, as Parent and Natural Guardian of Laura
Truluck, Maurice Truluck, Nickthea Truluck, Andre Truluck
v.
Township of Pennsauken, N.J., Mayor of Township of
Pennsauken, Pennsauken Police Department, Pennsauken Police
Chief, James W. Graham, Detective, Charles Ghee, David
Hinkel, Patrolman, Canine 'Hash', William Wheeler,
Patrolman, Victor Diaz, Patrolman, Thomas Piccinini,
Detective, George Morris, Det/Sgt., Craig Morris, Detective,
Christopher Marrero, Patrolman
 NOS. 94-5215, 94-5340
 United States Court of Appeals,
Third Circuit.
 Feb 28, 1995
 
 Appeal From: D.N.J., No. 92-cv-01129,
 Simandle, J.
 
 
 1
 AFFIRMED.